851 A.2d 834

**Juanita JACKSON, Petitioner**

v.

**CITY OF PHILADELPHIA and Commonwealth of Pennsylvania, Department of Transportation and Donald Riles, Respondents.**

Supreme Court of Pennsylvania.

May 13, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of May, 2004, the Petition for Allowance of Appeal is **GRANTED** as to the first issue only, the order of the Commonwealth Court is hereby **REVERSED** and the matter is remanded for proceedings consistent with *Walker v. Eleby,* 842 A.2d 389 (Pa.2004). The remaining issue in the Petition for Allowance of Appeal is **DENIED.**